# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM

May 11, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023
```

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

Re: ***Rugova v. Silverstone Property Group, LLC et al.***
23-cv-02648-RA-RWL

Dear Judge Lehrburger:

This firm represents Defendants in the above-referenced action. Pursuant to Paragraph I(F) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request that Your Honor extend the deadline to move, answer, or otherwise respond to the Complaint through and including Monday, June 12, 2023. This extension is necessary for the Defendants to investigate the facts and circumstances of the Plaintiff's Complaint.

Counsel for the Plaintiff consents to this request. Defendants have not requested any other extensions or adjournments. No other dates will be affected should the Court grant this request.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Ian-Paul A. Poulos

cc: All Counsel of Record

Granted.

SO ORDERED:

5/11/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE