# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

July 12, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2023
```

**Via ECF**

Hon. Robert W. Lehrburger, USMJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

Re: **Rugova v. Silverstone Property Group, LLC et al**
Case No. 23-CV-02648 (RA)(RWL)
**Motion to Adjourn Conference**

Dear Magistrate-Judge Lehrberger:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request an adjournment of the July 18, 2023, initial conference to a date after the completion of mediation. This request is being made because the parties are in the process of scheduling the first mediation session and the requested adjournment will help save the parties valuable time and resources. If the case is settled, we will notify the Court promptly.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

---

Request granted. The IPTC is adjourned sine die. The parties shall file a joint status report in 60 days, or within 5 days of completing mediation, whichever is earlier. The Court is separately issuing the case scheduling order as proposed by the parties.

SO ORDERED:

7/13/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1