```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAXHI RUGOVA,

                Plaintiff,

    - against -

SILVERSTONE PROPERTY GROUP, LLC,
and MADISON REALTY CAPITAL, L.P.,

                Defendants.
------------------------------------------------------------X

23-CV-2648 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Based on the Civil Case Management Plan and Scheduling Order that was issued on July 13, 2023 (Dkt. 22), the parties are to submit a joint status letter to the Court every 60 days but have not done so since September 11, 2023. Accordingly, the parties shall file a status update by January 11, 2024.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2024
       New York, New York

Copies transmitted this date to all counsel of record.