```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAXHI RUGOVA,                                               :
                                                            :    23-CV-2648 (RA) (RWL)
                                        Plaintiff,          :
                                                            :
                - against -                                 :    ORDER
                                                            :
SILVERSTONE PROPERTY GROUP, LLC,                            :
and MADISON REALTY CAPITAL, L.P.,                           :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff's request for sanctions for the alleged refusal of Defendants to appear for depositions and untimely disclosure of witnesses. The request is denied. It is evident from the trail of correspondence that Plaintiff dropped the ball with respect to setting deposition dates, scheduling of which was to be completed by December 31, 2024, pursuant to the Court's order dated December 19, 2024. (*See, e.g.*, Dkt. 44 Ex. A.) Further, there was no untimely disclosure of witnesses, as Defendants had disclosed Pillco and Ramdheen in mid-November 2024. And, Plaintiff already was aware of Shea Taylor, as evidenced by Plaintiff's inclusion of Taylor in Plaintiff's own responses to Defendants' interrogatories in August 2024. Moreover, Defendants notified Plaintiff on December 18, 2024, that defense counsel did not represent Taylor. (See Dkt. 44 Exs. A at ECF 7, G at ECF 4-5 (Interrogatory No. 7).) Inasmuch as discovery remains open until February 20, 2025, Plaintiff nevertheless may proceed with 30(b)(6) depositions of the Defendants but may not proceed with depositions of other witnesses. The parties shall cooperate in scheduling the deposition(s) for dates and times that are mutually convenient.

1

2

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 41.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 28, 2025
New York, New York

Copies transmitted this date to all counsel of record.