```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HAXHI RUGOVA,                                                :
                                                             :   23-CV-2648 (RA) (RWL)
                              Plaintiff,                     :
                                                             :
               - against -                                   :   ORDER
                                                             :
SILVERSTONE PROPERTY GROUP, LLC,                             :
and MADISON REALTY CAPITAL, L.P.,                            :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Defendants' request at Dkt. 47 for a protective order regarding the date for the deposition of Defendants' 30(b)(6) witness(es). Discovery is extended a final time until March 20, 2025, for the purpose of taking Defendants' 30(b)(6) deposition. Ms. Naka shall be deposed on March 12, 2025, starting in the a.m. Neither sides' counsel has acquitted themselves admirably with respect to this issue. Defense counsel is a sizeable enough firm that a suitable lawyer within the firm should be available to defend Defendants' deposition even if the one or two attorneys familiar with the case are not available. Conversely, Plaintiff's counsel offered no reason as to his lack of availability for other days prior to February 20 when Defendants were available, and Plaintiff's response at Dkt. 48 strikes the Court as an exaggerated review of communications between counsel. Further, as the Court previously found, Plaintiff's counsel "dropped the ball" in scheduling, and, in that light, should therefore be particularly accommodating of dates offered by Defendants. The Court trusts that counsel and the parties will fully cooperate going forward.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 47.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2025
       New York, New York

Copies transmitted this date to all counsel of record.