# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

July 9, 2025

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    ***Rugova v. Silverstone Property Group LLC et al.***  
                **23-cv-02648-RA-RWL**

Dear Judge Abrams:

      This firm represents Defendants Silverstone Property Group, LLC ("Silverstone") and Madison Realty Capital, L.P. ("Madison") (collectively, "Defendants"). Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants write to respectfully request an extension of the current summary judgment briefing schedule. *See* ECF Doc. 67.

      As indicated in the Defendants' prior letter, the Defendants have been working on their summary judgment motion. I became ill and was on prescription medication for a period of time, which was the reason for the prior extension. The undersigned has returned to work at full capacity and is now off the aforementioned medication, but I am still catching up with deadlines that were extended in this case and numerous others over the past few weeks. I write to request what I expect will be a final an extension of time to finish preparing Defendants' motion papers with sufficient time for the Defendants to participate in the final review of the motion prior to its filing. The Defendants should not be prejudiced by the undersigned's personal health-related issue, and the undersigned appreciates both the Court and opposing counsel's patience, which is not taken lightly.

      In addition, the below schedule accommodates the undersigned's wedding, which will take place out-of-town at the end of August 2025.

      The Defendants request that the Court adjust the Parties' briefing schedule as follows:

- Moving papers:        From July 14, 2025, to July 28, 2025

- Opposition papers:    From August 11, 2025, to September 5, 2025

- Reply papers:          From September 1, 2025, to September 26, 2025

**CLIFTON BUDD & DeMARIA, LLP**

July 9, 2025
Page 2

    Plaintiff consents to this extension request. This is the fourth request to extend this deadline, and no other deadlines will be affected should the Court grant this extension request. The Defendants do not anticipate a further adjustment of the briefing schedule.

    Thank you for Your Honor's time and consideration.

    Respectfully Submitted,
    CLIFTON BUDD & DeMARIA, LLP
    *Attorneys for Defendants*

    By: _____
        Ian-Paul A. Poulos

Application granted. The Court adopts the briefing schedule proposed above.

SO ORDERED.

_____
Hon. Ronnie Abrams
July 10, 2025