# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

August 1, 2025

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    ***Rugova v. Silverstone Property Group LLC et al.***
                **23-cv-02648-RA-RWL**

Dear Judge Abrams:

This firm represents the Defendants. Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants again write to respectfully request an extension of the current summary judgment briefing schedule. The request is being made because of my involvement as counsel to the defendants in the matter of *One World Brands, LLC et al. v. Project 45 LLC et al.*, Index No. 652442/2025 (New York Supreme Court) (the "Other Litigation"). Over the past several days, I have been involved in multiple court conferences and briefing related to responding to an Order to Show Cause and requests for both a Temporary Restraining Order and a Preliminary Injunction. I have diligently tried to balance my responsibilities to both Courts, Opposing Counsel, and my clients, but the Other Litigation has unexpectedly escalated this week, including after the last request for an extension was made. Indeed, I am participating in a hearing in the Other Litigation that was scheduled on short notice. Given the number of earlier requests to modify the schedule, I am reluctant to even make this request but see no other choice in order to provide moving papers that are in the shape that the Court, Opposing Counsel, and my clients are entitled to.

As the Court is aware, the Parties' briefing schedule has been extended multiple times for various reasons. Due to the circumstances created by the Other Litigation, the Parties have agreed to jointly request a two-business day extension of the deadline to file summary judgment motions. As with the last request, there is no request to modify opposition and reply deadlines, so if this extension is granted, the overall time to complete briefing does not change.

The Parties jointly request that the Court adjust the briefing schedule as follows:

- Moving papers:       From August 1, 2025, to August 5, 2025

This is a joint request to extend this deadline. Interim briefing schedule deadlines will not be affected should the Court grant this extension request, so the due date for the Opposition papers will remain September 5, 2025 and the reply papers will still be due on September 26, 2025.

**CLIFTON BUDD & DEMARIA, LLP**

August 1, 2025
Page 2

Thank you for Your Honor's time and consideration.

                                                                     Respectfully Submitted,
                                                                     CLIFTON BUDD & DeMARIA, LLP
                                                                     *Attorneys for Defendants*

                                                                     By: _____
                                                                              Ian-Paul A. Poulos

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 4, 2025