# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

August 28, 2025

**VIA ECF**  
Hon. Ronnie Abrams, U.S.D.J.  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Application granted.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
August 29, 2025

Re: ***Rugova v. Silverstone Property Group LLC et al.***  
23-cv-02648-RA-RWL

Dear Judge Abrams:

This firm represents Defendants Silverstone Property Group, LLC ("Silverstone") and Madison Realty Capital, L.P. ("Madison") (collectively, "Defendants"). Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants write jointly with Plaintiff to respectfully request an extension of the current summary judgment briefing schedule.

As indicated in the Defendants' prior letters, the Parties' briefing schedule has been extended multiple times for various reasons. On August 5, 2025, the Parties filed motions for summary judgment, and both Parties are still working on the opposition papers to each other's motions. In addition to requiring additional time to respond to each other's motion arguments, the undersigned got married out of town last weekend and is still transitioning into a new living space.

For these reasons, the Parties jointly request that the Court adjust the briefing schedule as follows:

- Opposition papers:   From September 5, 2025, to September 26, 2025
- Reply papers:   From September 26, 2025, to October 17, 2025

This is a joint request to extend this deadline. Other deadlines will not be affected should the Court grant this extension request.

Thank you for Your Honor's time and consideration.

Respectfully Submitted,  
CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for Defendants*

By: _____  
Ian-Paul A. Poulos