# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

September 23, 2025

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
September 24, 2025

Re:   ***Rugova v. Silverstone Property Group LLC et al.***
      **23-cv-02648-RA-RWL**

Dear Judge Abrams:

     This firm represents Defendants Silverstone Property Group, LLC ("Silverstone") and Madison Realty Capital, L.P. ("Madison") (collectively, "Defendants"). Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants write jointly with Plaintiff to respectfully request an extension of the current summary judgment briefing schedule.

     As indicated in the Defendants' prior letters, the Parties' briefing schedule has been extended multiple times for various reasons. On August 5, 2025, the Parties filed motions for summary judgment, and both Parties are still working on the opposition papers to each other's motions. In addition to all parties requiring additional time to respond to each other's motion arguments, the undersigned got married out of town on August 23, 2025, and is still transitioning into a new living space. The undersigned writes this letter from out of town while still in the process of packing additional boxes to move back to New York.

     For these reasons, the Parties jointly request that the Court adjust the briefing schedule as follows:

- Opposition papers:   From September 26, 2025, to October 10, 2025
- Reply papers:   From October 17, 2025, to October 31, 2025

     This is a joint request to extend this deadline. Other deadlines will not be affected should the Court grant this extension request.

**CLIFTON BUDD & DEMARIA, LLP**
September 23, 2025
Page 2

    Thank you for Your Honor's time and consideration.

                                                  Respectfully Submitted,

                                                  CLIFTON BUDD & DeMARIA, LLP
                                                  *Attorneys for Defendants*

                                                  By: _____
                                                          Ian-Paul A. Poulos

CC:    All counsel of record (via ECF)