# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

October 6, 2025

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 7, 2025

Re:   *Rugova v. Silverstone Property Group LLC et al.*
      23-cv-02648-RA-RWL

Dear Judge Abrams:

This firm represents Defendants Silverstone Property Group, LLC ("Silverstone") and Madison Realty Capital, L.P. ("Madison") (collectively, "Defendants"). Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants write with Plaintiff's consent to respectfully request an extension of the current summary judgment briefing schedule.

As indicated in the Defendants' prior letters, the Parties' briefing schedule has been extended multiple times for various reasons. On August 5, 2025, the Parties filed motions for summary judgment, and both Parties are still working on the opposition papers to each other's motions. As mentioned in Defendants' prior letter, in addition to all parties requiring additional time to respond to each other's motion arguments, the undersigned got married out of town on August 23, 2025, and is still transitioning into a new living space. That transition is continuing with a return required to the out-of-state wedding location in the South from October 8 to October 13, which was scheduled recently.

For these reasons, the Defendants request, with Plaintiff's consent, that the Court adjust the briefing schedule as follows:

- Opposition papers:   From October 10, 2025, to October 24, 2025
- Reply papers:   From October 31, 2025, to November 14, 2025

This is a joint request to extend this deadline. Other deadlines will not be affected should the Court grant this extension request. The undersigned sincerely appreciates the Court's understanding and flexibility.

**CLIFTON BUDD & DEMARIA, LLP**

October 6, 2025
Page 2

Thank you for Your Honor's time and consideration.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: _____
Ian-Paul A. Poulos

CC: All counsel of record (via ECF)