# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                         Fax: 718-740-2000
*Employment and Labor Lawyer*                   Web: www.abdulhassan.com

October 23, 2025

Application granted.

**Via ECF**

SO ORDERED.

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007-1312

_____
Hon. Ronnie Abrams
October 24, 2025

<div align="center">

**Re: <u>Rugova v. Silverstone Property Group, LLC et al</u>**
**Case No.  23-CV-02648 (RA)(RWL)**
**Motion for Extension of Time**

</div>

Dear Judge Abrams:

       My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of all parties to jointly request a brief one-week extension of the October 24, 2025 deadline to October 31, 2025 for the parties to file their opposition to each other's motions for summary judgment. This request is being made because the motion papers are almost complete on both sides, but some additional time is needed for final client review. Several prior requests for extensions of these deadlines were made and granted, but the parties do not anticipate the need for further extensions of this deadline. A corresponding extension of the November 14, 2025 deadline to November 21, 2025 for reply papers is also respectfully requested.

       We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

1