# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

November 17, 2025

**VIA ECF**  
Hon. Ronnie Abrams, U.S.D.J.  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Application granted.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
November 19, 2025

Re: ***Rugova v. Silverstone Property Group LLC et al.***  
23-cv-02648-RA-RWL

Dear Judge Abrams:

This firm represents Defendants Silverstone Property Group, LLC ("Silverstone") and Madison Realty Capital, L.P. ("Madison") (collectively, "Defendants"). Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants write jointly with Plaintiff to respectfully request an extension of the current summary judgment briefing schedule.

As indicated in the Parties' prior letters, the Parties' briefing schedule has been extended multiple times for various reasons. On October 31, 2025, the Parties opposed each other's motions for summary judgment. Both Parties are still working on their reply papers to each other's motions. In addition, counsel for the Defendants, Daniel Morris, will undergo surgery. This was an unexpected event, and the surgery is in the process of being scheduled as soon as possible.

For these reasons, and based on the upcoming Thanksgiving holiday next week, the Parties respectfully request that the Court adjust the reply deadline as follows:

- Reply papers:   From November 21, 2025, to December 12, 2025

This is a joint request to extend this deadline. Other deadlines will not be affected should the Court grant this extension request. Thank you for Your Honor's time and consideration.

Respectfully Submitted,  
CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for Defendants*

By: _____  
Ian-Paul A. Poulos

CC: All counsel of record (via ECF)