# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

December 10, 2025

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 11, 2025

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    ***Rugova v. Silverstone Property Group LLC et al.***
**23-cv-02648-RA-RWL**

Dear Judge Abrams:

This firm represents Defendants Silverstone Property Group, LLC ("Silverstone") and Madison Realty Capital, L.P. ("Madison") (collectively, "Defendants"). Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants write jointly with Plaintiff to respectfully request an extension of the current summary judgment briefing schedule.

As indicated in the Parties' prior letters, the Parties' briefing schedule has been extended multiple times for various reasons. On October 31, 2025, the Parties opposed each other's motions for summary judgment. Both Parties are still working on their reply papers to each other's motions. As mentioned in Defendants' prior letter, lead counsel for the Defendants, Daniel Morris, was expected to undergo surgery at a then-unknown time. This was an unexpected event, and the surgery was in the process of being scheduled as soon as possible. The surgery just occurred this week, which is when the Parties' reply papers are due. For this reason, the undersigned is requesting an extension of time to finalize and file the Parties' reply papers with Plaintiff's consent. The Parties respectfully request that the Court adjust the reply deadline as follows:

- Reply papers:        From December 12, 2025, to December 26, 2025

This is a joint request to extend this deadline. Other deadlines will not be affected should the Court grant this extension request. Thank you for Your Honor's time and consideration.

Respectfully Submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: _____
    Ian-Paul A. Poulos

CC:    All counsel of record (via ECF)