# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

December 22, 2025

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 23, 2025

Re:    ***Rugova v. Silverstone Property Group LLC et al.***
       **23-cv-02648-RA-RWL**

Dear Judge Abrams:

This firm represents Defendants Silverstone Property Group, LLC ("Silverstone") and Madison Realty Capital, L.P. ("Madison") (collectively, "Defendants"). Pursuant to Paragraph 1(D) of Your Honor's *Individual Rules & Practices in Civil Cases*, Defendants write jointly with Plaintiff to respectfully request an extension of the current summary judgment briefing schedule.

As indicated in the Parties' prior letters, the Parties' briefing schedule has been extended numerous times for various reasons. On October 31, 2025, the Parties opposed each other's motions for summary judgment. Both Parties are still working on their reply papers to each other's motions.

As mentioned in Defendants' prior letter, lead counsel for the Defendants, Daniel Morris, was expected to undergo surgery at a then-unknown time. This was an unexpected event, and the surgery was in the process of being scheduled as soon as possible. The surgery occurred during the week of the Defendants' December 10 letter, which was when the Parties' reply papers were due. The Court granted an extension of the summary judgment briefing schedule through December 26, 2025, based on the surgery. Since then, Mr. Morris unexpectedly returned to the hospital following the surgery and has not yet returned to work.

Unfortunately, on Saturday, December 20, a close family member to the undersigned was admitted to the ICU out of state and emergency surgery was performed on or about 3:00 a.m. of December 21, 2025. The undersigned boarded a last-minute flight on December 21, 2025, to attend to the family matter. The family member underwent a second emergency surgery in the morning of December 22, 2025. The undersigned will be on standby attending to the aforementioned family matter for at least the next week. With both Mr. Morris and the undersigned being unavailable for at least the next week, this extension has become necessary.

For this reason, the undersigned is requesting an extension of time to finalize and file the Parties' reply papers with Plaintiff's consent. The Parties respectfully request that the Court adjust the reply deadline as follows:

**CLIFTON BUDD & DEMARIA, LLP**
December 22, 2025
Page 2

- Reply papers:        From December 26, 2025, to January 16, 2026

   This is a joint request to extend this deadline. Although the information mentioned in this letter is purposefully vague to avoid personal and confidential information being posted on the public docket, the undersigned can provide further information to the Court off record at a telephone conference or via *ex parte* submission if necessary. Other deadlines will not be affected should the Court grant this extension request.

   Thank you for Your Honor's time and consideration.

       Respectfully Submitted,
       CLIFTON BUDD & DeMARIA, LLP
       *Attorneys for Defendants*

       By: _____
         Ian-Paul A. Poulos

CC: All counsel of record (via ECF)