UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAXHI RUGOVA,                                          :
                                                       :        23-CV-2648 (RA) (RWL)
                              Plaintiff,               :
                                                       :
              - against -                              :        **ORDER**
                                                       :
SILVERSTONE PROPERTY GROUP, LLC,                       :
and MADISON REALTY CAPITAL, L.P.,                      :
                                                       :
                              Defendants.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on March 12, 2026, Plaintiff may take the following limited discovery regarding Defendants' asserted defenses of administrative and executive exemptions: Rule 30 individual depositions of Julie Rodriguez, Shea Tayor, and Fausto Pillco; each deposition shall be limited to no more than two hours; and the scope of each deposition shall conform to the scope of the individual deponent's submitted on summary judgment. By **March 18, 2026**, Defendants shall notify Plaintiff of whether the deponents are being represented by current defense counsel and will accept service of subpoenas for them, and, if not, shall provide Plaintiff with the addresses for those individuals.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 12, 2026
        New York, New York

Copies transmitted this date to all counsel of record.