# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
PARTNER
E-MAIL: IAPOULOS@CBDM.COM


Application granted.

SO ORDERED.

Hon. Ronnie Abrams
November 10, 2026

November 9, 2026

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

Re: ***Rugova v. Silverstone Property Group, LLC, et al.* (23-cv-02648-RA-RWL) — Proposed Briefing Schedule for Renewed Summary Judgement Motions**

Dear Judge Abrams:

This firm represents Defendants Silverstone Property Group, LLC and Madison Realty Capital, L.P. (collectively, "Defendants") in the above-referenced action. By Order dated February 23, 2026, the Court denied the parties' cross-motions for summary judgment with leave to refile following limited supplemental discovery. *See* ECF Doc. 117. With supplemental discovery now complete, the parties respectfully request that the Court adopt the following briefing schedule for their renewed motions for summary judgment:

- **January 19, 2027:** Moving papers;
- **March 5, 2027:** Opposition papers; and
- **March 26, 2027:** Reply papers.

We respectfully request that the Court approve the proposed schedule and thank the Court for its consideration.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: ______________________

Ian-Paul A. Poulos
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
Tel.: (212) 687-7410
Fax: (212) 687-3285