UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAXHI RUGOVA,<br><br>Plaintiff,<br><br>- against -<br><br>SILVERSTONE PROPERTY GROUP, LLC, and MADISON REALTY CAPITAL, L.P.,<br><br>Defendants. | 23-CV-2648 (RA) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter at Dkt. 139 raising concerns about an alleged potential conflict of interest in defense counsel's representation of both corporate defendants, one of which is the building owner, the other of which is the building's manager. Defendants' opposition (Dkt. 140) correctly observes that Plaintiff should have first raised this issue with Defendants before bringing it to the Court. Defendants' opposition, however, mischaracterizes Plaintiff's application as a motion for disqualification. Rather, Plaintiff raises concerns about a potential conflict of interest and vulnerability of a favorable judgment in the event one of the defendants were to later challenge the outcome based on not having waived the potential conflict. Plaintiff's raising of the issue at this late juncture in the litigation is dubious; however, it is not without merit. Accordingly, by **November 30, 2026**, Defendants shall submit to the Court for in camera review documentation showing that the two Defendants have been advised of any potential conflict and that they waive their rights to later assert any such conflict as a basis for challenging any proceedings, orders, verdicts or judgments in this action or any appeal of this action.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2026
New York, New York

Copies transmitted this date to all counsel of record.